

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00542-CV

**CITY OF LEON VALLEY**, Texas, Unknown Employee(s) of City of Leon Valley, and Irene Baldridge,
Appellants

v.

**WM. RANCHER ESTATES JOINT VENTURE**, Rafael Alfaro, Jose Alfaro, Carman Alfaro, Daniel Bee, Robert Caldwell, Anne Caldwell, Earl Doderer, Sylvia Doderer, James Dowdy, Betty Dowdy, Issac Elizondo, Suzanne Elizondo, Roberto Galindo, Erma Galindo, Et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03399
Honorable Laura Salinas, Judge Presiding

# O R D E R

Glyn Poage's notification of late reporter's record is hereby GRANTED. Time is extended to September 12, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court